United States District Court
Southern District of Texas
**ENTERED**
March 22, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| LUCA CICALESE, M.D., *et al*, § § Plaintiffs, § VS. § THE UNIVERSITY OF TEXAS § MEDICAL BRANCH, § § Defendant. § | CIVIL ACTION NO. 3:17-CV-67 |

# FINAL JUDGMENT

For the reasons set forth in the Court's simultaneously issued *Memorandum Opinion and Order*, the Plaintiffs' claims are **DISMISSED WITH PREJUDICE**. The Defendant's motion to dismiss (Dkt. 21) is **GRANTED**.

This is a **FINAL JUDGMENT**.

SIGNED at Galveston, Texas, this 22nd day of March, 2018.

_____
George C. Hanks Jr.
United States District Judge